

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,426-01

### EX PARTE GREGORY JAY HARRISON, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 075903-01-D-WR IN THE 320TH DISTRICT COURT
## FROM POTTER COUNTY

*Per curiam*.

### O R D E R

Applicant pleaded guilty to assault with family violence by impeding breathing or circulation and was sentenced to twenty years' imprisonment. He did not appeal his conviction. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On June 4, 2020, the trial court entered an order designating issues. The district clerk prematurely forwarded this application to this Court before the trial court made findings of fact and conclusions of law. We remand this application to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from

the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: August 19, 2020

Do not publish